UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM VAUGHN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21CV504 RLW |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its review of the record. Pro se Plaintiff William Vaughn filed this action on April 30, 2021. (ECF No. 1). In the Complaint (ECF No. 1), Vaughn purports to allege causes of action against the State of Missouri; Saint Louis County; Saint Louis County Council; Saint Louis County Department of Revenue; Saint Louis Collector of Revenue; Saint Louis County Assessor; Michael Parson, Missouri Governor; Sam Page, Saint Louis County Counsel Executive; Rita Heard Days, Saint Louis County Council (D-1st District); Kelli Dunaway, Saint Louis County Council (D-2nd District); Tim Fitch, Saint Louis County Council (R-3rd District); Rochelle Walton Gray, Saint Louis County Council (D-4th District)[1]; Lisa Clancy, Saint Louis County Council (D-5th District); Ernie Trakas, Saint Louis County Council (R-6th District); Mark Harder, Saint Louis County Council (R-7th District); Kenny Murdock, Saint Louis County Council Director of Diversity, Equity and Inclusion; Gerald Hollings, Saint Louis County Director of Revenue; Mark R. Devore, Saint Louis County Collector of Revenue; Jake Zimmerman, Saint Louis County Assessor; Gregory F. Quinn, Former Saint Louis County Director of Revenue; Eugene K. Leung, Former Saint Louis County Director of Revenue; Circuit Court of Saint Louis County; DS Reo LLC; Daniel Stehr, President of DS Reo LLC; Mondonna

---

[1] Currently, Shalonda D. Webb is the councilwoman for the 4th District. *See* https://stlouiscountymo.gov/st-louis-county-government/county-council/ (last visited 8/2/21).

Ghasedi, Saint Louis County Associate Circuit Court Judge; Joan M. Gilmer, Saint Louis County Circuit Clerk; and Dale Sweet, Attorney of Sweet Law Office *See* ECF Nos. 1, 1-4.  Further, Vaughn only provided a Notice of Intent to Use Process Server with respect to the Circuit Court of Saint Louis County (ECF No. 4), and a summons was issued only as to defendant Circuit Court of Saint Louis County.   (ECF No. 5).   Vaughn did not file a return of service for any of the named defendants.

On August 3, 2021, the Court issued an order for Vaughn to "show cause in writing," no later than August 17, 2021, as to "why this action should not be dismissed without prejudice" for lack of timely service.  (ECF No. 16).  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

On August 16, 2021, Vaughn filed a response to the Court's show cause order.   (ECF No. 18).   Although he sets forth many perceived constitutional violations by the Court, Vaughn does not provide any good cause for his failure to serve the defendants, nor does he provide a plan for serving the defendants in the future.   As a result, the Court will dismiss this cause of action for lack of service under Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), this action is **DISMISSED** without prejudice for lack of timely service.

**IT IS FURTHER ORDERED** that the Clerk shall sent a copy of this Order to William Vaughn, 9648 Olive Boulevard #422, Olivette, MO 63132.

An Order of Dismissal is filed in conjunction with this Memorandum and Order.

Dated this 18th day of August, 2021.

 

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**